AO 442 (Rev. 11/11) Arrest Warrant

FILED
AUSA Matthew J. McCrobie (312) 353-5356
12:08 pm Oct 02 2019
Clerk U.S. District Court

RECEIVED
Northern District of Ohio
Toledo  SEP 20 2019

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

UNITED STATES OF AMERICA

v.

JERY BARTON

WARRANT FOR ARREST

CASE NUMBER:

UNDER SEAL

19 CR 733

MAGISTRATE JUDGE GILBERT

To: The United States Marshal and Any Authorized Officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay (name of person to be arrested) JERY BARTON,

who is accused of an offense or violation based on the following document filed with the court:

☒ Complaint

This offense is briefly described as follows:

conspiring to knowingly conduct and attempt to conduct financial transactions affecting interstate and foreign commerce, namely, the delivery of quantities of United States currency to third parties, which transactions involved the proceeds of specified unlawful activity, namely the felonious buying and selling and otherwise dealing in a controlled substance, knowing that the transactions were designed in whole or in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds of said specified unlawful activity, and that while conducting and attempting to conduct such financial transactions, knowing that the property involved in the financial transactions represented the proceeds of some form of unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i),

in violation of Title 18, United States Code, Section 1956(h).

Date: September 20, 2019

_____
Issuing Officer's signature

City and state: Chicago, Illinois

JEFFREY T. GILBERT, U.S. MAGISTRATE JUDGE
*Printed name and title*

Bail fixed at $_____ by _____
*Name of Judicial Officer*

| Return |
|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ |
| at *(city and state)* _____. |
| Date: _____                   _____ |
|                                         *Arresting officer's signature* |
|                                         _____ |
|                                         *Printed name and title* |

AO 442 (Rev. 11/11) Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: JERY BARTON

Known aliases: _____

Last known residence: _____

Prior addresses to which defendant/offender may still have ties: _____

Last known employment: _____

Last known telephone numbers: _____

Place of birth: _____

Date of birth: ] _____

Social Security Number: _____

Height: 6'2"

Weight: 252

Sex: Male

Race: white

Hair: gray

Eyes: green

Scars, tattoos, other distinguishing marks: _____

History of violence, weapons, drug use: _____

Known family, friends, and other associates *(name, relation, address, phone number)*: _____

FBI number: _____

Complete description of auto: _____

Investigative agency and address: JOSEPH A. DINASO, Drug Enforcement Administration (DEA), ***Agent's phone #***

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*: _____

Date of last contact with pretrial services or probation officer *(if applicable)*: _____