UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
PASSPORT OR OTHER NON-CASH COLLATERAL RECEIPT # 186

### Receipt of Passport or Other Non-Cash Collateral (Section 1)

Name: Jery Edward Barton

Address:

Judge: Knepp

Case Number: 3:19mj5355

Passport Number: 520052400

Country of Origin: United States

Expiration Date: July 10, 2024

Date Rec'd: 10/3/2019

Description of Property Other than Passport:

_____
Signature of Individual Surrendering Passport/Other

Print Name: Jery E Barton

_____
Clerk's Signature

Print Name: Tina M. Damoch

☑ Original of Receipt Provided to Defendant or Individual Surrendering Passport or Other Non-Cash Collateral

### Return of Passport or Other Non-Cash Collateral (Section 2)

Date Returned:

Rec'd by:

Rec'd from:

Purpose Returned:

Address (If Mailed):

_____
Signature of Individual Retrieving Passport/Other

Print Name:

_____
Clerk's Signature

Print Name:

S:\Forms\Financial\Passports\Passport Receipt Fillable Form