UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
PASSPORT OR OTHER NON-CASH COLLATERAL RECEIPT # 186

**Receipt of Passport or Other Non-Cash Collateral (Section 1)**

Name: Jery Edward Barton

Address:

Judge: Knepp

Date Rec'd: 10/3/2019

Description of Property Other than Passport:

Case Number: 3:19mj5355

Passport Number: 520052400

Country of Origin: United States

Expiration Date: July 10, 2024

_____
Signature of Individual Surrendering Passport/Other

DERY E BARTON
Print Name

_____
Clerk's Signature

Tina M. Damoch
Print Name

☑ Original of Receipt Provided to Defendant or Individual Surrendering Passport or Other Non-Cash Collateral

**Return of Passport or Other Non-Cash Collateral (Section 2)**

Date Returned: 12/23/2019

Rec'd by:

Rec'd from:

Purpose Returned: Forwarded to originating District

Address (If Mailed):
US District Court, Northern Illinois
219 South Dearborn Street
Room 2050C
Chicago IL 60604

_____
Signature of Individual Retrieving Passport/Other

Print Name

_____
Clerk's Signature

Jennifer Beaver
Print Name

S:\Forms\Financial\Passports\Passport Receipt Fillable Form